IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER ZUNIGA,**<br>Plaintiff,<br>**v.**<br>**BOSEMAN, et al.,**<br>Defendants. | Case No. 2:25-cv-01418-SCR (PC)<br>**~~[PROPOSED]~~ ORDER** |

The California Attorney General's Office is specially appearing on behalf of Defendants Disibio and Grigsby in this matter to request an extension of time to execute a service waiver. Good cause appearing, this request for a thirty-day extension of time to execute a service waiver for Defendant Disibio and Defendant Grigsby (ECF No. 15) is GRANTED. Defendant Disibio and Defendant Grigsby shall have thirty days from the date of this order to execute a waiver of service.

IT IS SO ORDERED.

Dated: July 17, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE